IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA TAYAG, | No. C 09-00667 SBA |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| NATIONAL CITY BANK, et al., | |
| Defendants. | |

On April 7, 2009, the Court granted Defendant National City Mortgage's motion to dismiss and granted Plaintiff twenty (20) days to amend the complaint. [Docket No. 13]. This time has now lapsed and no amended complaint has been filed. Accordingly, IT IS ORDERED that:

(1) Plaintiff has seven (7) days from the entry of this Order to show cause why the above-captioned case should not be **dismissed with prejudice** for failure to prosecute;

(2) Plaintiff must file a Certificate of Counsel with the Clerk of the Court, to explain why the case should or should not be dismissed for failure to prosecute; and

(3) Plaintiff must attach an amended complaint to the Certificate of Counsel.

(4) Please take note that failure to fully comply with this Order will be deemed sufficient grounds to **dismiss Plaintiff's case with prejudice**.

IT IS SO ORDERED.

Dated: 4/30/09

SAUNDRA BROWN ARMSTRONG
United States District Judge