IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA TAYAG, | No. C 09-00667 SBA |
| Plaintiff, | **ORDER**<br>**[Docket Nos. 8, 15]** |
| v. | |
| NATIONAL CITY BANK, et al., | |
| Defendants. | |

On April 7, 2009, the Court granted Defendant National City Mortgage's motion to dismiss and granted Plaintiff twenty (20) days to amend the complaint. [Docket No. 13]. No action was taken by Plaintiff. On May 1, 2009, the Court ordered Plaintiff to show cause within seven (7) days why it should not dismiss the action with prejudice for failure to prosecute. [Docket No. 15]. On the sixth day, Plaintiff's counsel, Reuben Nocos, filed a Certificate of Counsel, as required by the Court's Order.

Mr. Nocos states: "It was my intention to file this first amended complaint in advance of this Court's Order to Show Cause issued on April 30, 2009. However, due to a death in my family, followed by three weeks abroad in the Philippines, I have been able [sic] to do so until this time." This representation to the Court, in and of itself, does not establish good cause justifying Counsel's failure to file an amended complaint.

First, no dates are provided for the death in Counsel's family or for his trip abroad. This information is essential in order for the Court to understand how either or both of those events impacted counsel's ability to comply with the Court's order. Second, it does not appear that plaintiff's counsel contacted the Court or defense counsel prior to his trip abroad, during dates unknown, to request additional time to comply with the Court's April 7, 2009.

Plaintiff's Counsel is HEREBY ORDERED to file a supplemental declaration which cogently explains his inability to comply with the Court's order, no later than seven (7) days from

the entry of this Order, or risk dismissal with prejudice.

    IT IS SO ORDERED.

Dated: 5/21/09

SAUNDRA BROWN ARMSTRONG
United States District Judge

2