IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MYRNA TAYAG,

        Plaintiff,

  v.

NATIONAL CITY BANK, et al.,

        Defendants.

No. C 09-667 SBA

**ORDER**

[Docket Nos. 8, 19]

On April 7, 2009, the Court granted Defendant National City Mortgage's motion to dismiss and granted Plaintiff twenty (20) days to amend the complaint. [Docket No. 13]. No action was taken by Plaintiff. On May 1, 2009, the Court ordered Plaintiff to show cause within seven (7) days why it should not dismiss the action with prejudice for failure to prosecute. [Docket No. 15]. On the sixth day, Plaintiff's counsel, Reuben Nocos, filed a Certificate of Counsel, as required by the Court's Order.

Mr. Nocos explained that two events – a death in the family and a three-week trip to the Philippines – prevented him from timely amending the complaint, yet he did not explain when these events took place in relation to the filing deadline or how they affected his ability to meet the Court's deadline or to ask for an extension of time to file, based on special circumstances. The Court, requiring additional information to assist it in evaluating the plaintiff's response to the show cause order, ordered Plaintiff's counsel to file a supplemental declaration no later than seven (7) days from the entry of the Order, or risk dismissal with prejudice. [Docket No. 19]. The seven days elapsed on May 29, 2009, and no supplemental declaration has been filed. As a result of this, and taking into account the ample notice Plaintiff has been given, the Court HEREBY DISMISSES the action WITH PREJUDICE for Plaintiff's failure to prosecute.

The Clerk of the Court is directed to close the file and terminate all pending deadlines in this matter.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: 6/1/09

SAUNDRA BROWN ARMSTRONG
United States District Judge